**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7435**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PETER PAUL, a/k/a Derrick Anderson, a/k/a Paul
Eustance, a/k/a Mark Harris, a/k/a Mark Eric
Green, a/k/a Peter P. Alexander, a/k/a
Sluggie, a/k/a Peter Paul Alexander,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert E. Payne, District Judge.
(CR-95-104, CA-01-505-3)

Submitted: January 31, 2002      Decided: February 6, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Peter Paul, Appellant Pro Se.  David John Novak, OFFICE OF THE
UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter Paul seeks to appeal the district court's order dismissing without prejudice his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Paul's motions for a certificate of appealability and to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. United States v. Paul, Nos. CR-95-104; CA-01-505-3 (E.D. Va. Aug. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2